JAN 10 2008

ORDERED in the Southern District of Florida on _____



*Paul Hyman*
———————————————
Paul G. Hyman, Chief Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MIRIAM CHARNO

CASE NO. 07-21533-BKC-PGH
CHAPTER 7

_____/

### ORDER GRANTING DEBTOR'S EX-PARTE MOTION TO EXTEND TIME TO PROVIDE REQUIRED INFORMATION PURSUANT TO 11 USC SECTION 521(a)

**THIS CAUSE** having come before the Court upon the Debtor's Ex Parte Motion to Extend Time to Provide Required Information Pursuant to 11 U.S.C. Section 521(a), and the court having reviewed the Motion and the file in this cause, and being otherwise fully advised in the premises, it is, therefore,

**ORDERED AND ADJUDGED** that the Motion is hereby GRANTED. Debtor is granted a fifteen (15) day extension of time within which to file her Chapter 7 Schedules, Notice of Payment Advices, Statement of Financial Affairs, and Statement of Current Monthly Income and shall file same on or before January 25 (P.H.), 2008.

Submitted by:
FLORIDA DEBT RELIEF CENTER, LLC
3230 W. Commercial Blvd. Suite 290
Ft. Lauderdale, FL 33309
Phone# (954)-535-9905
Jeff@7helpme.com

Attorney, Jeffrey H. Tromberg, is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy Court.